JOSEPH A. L. BLEK, Appellant, *v.* ALEXANDRA M. BLEK, Respondent.

Submitted February 24, 1953; decided March 6, 1953.

*S. Leighton Frooks* and *Dorothy Frooks* for motion.

*Emerson A. Swartz* and *Joseph W. Wackerman* opposed.

Motion denied, with $10 costs.